**Kallys ALBERT, Sr., Plaintiff–Appellant**

v.

**PRINCIPAL FINANCIAL GROUP; Principal Life Insurance Company, Defendants**

**Orion Associates; Meridian Services, Inc.; Stephen Hage, Defendants–Appellees**

**John Doe, Defendant.**

**No. 14–1968.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 2, 2014.

Filed: Dec. 9, 2014.

Kallys Albert, Sr., Minneapolis, MN, pro se.

Sarah Elisabeth Bushnell, Eugene C. Shermoen, Jr., Arthur & Chapman, Minneapolis, MN, for Defendants.

Before WOLLMAN, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Kallys Albert, Sr., appeals the district court's [1] adverse grant of summary judg-

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minne-

ment in his action under the Employee Retirement Income Security Act. Upon de novo review of the record, *see Silva v. Metro. Life Ins. Co.,* 762 F.3d 711, 718 (8th Cir.2014), we agree with the district court that Albert failed to meet his burden of designating specific facts creating triable questions of fact, *see Crossley v. Ga.–Pac. Corp.,* 355 F.3d 1112, 1113–14 (8th Cir. 2004) (per curiam). The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

sota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.